THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUSEF BILBEISI, | CASE NO. C20-0535-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On June 24, 2020, the Court gave Plaintiff leave to amend his complaint. (Dkt. No. 23 at 3.) This leave was limited: the Court gave Plaintiff permission to file an amended complaint "alleging the same facts [as his original complaint] but asserting only state law claims." (*Id.*) On July 14, 2020, Plaintiff filed an amended complaint. (Dkt. No. 24.) The amended complaint alleges similar, albeit more fully developed facts to Plaintiff's original complaint and asserts only state law claims. (*Compare id.*, *with* Dkt. No. 2-2.) However, the amended complaint also adds four individuals as defendants. (Dkt. No. 24 at 1–2.) This was improper. To amend his complaint, Plaintiff must seek the Court's leave or obtain Defendant's consent because more than 21 days have passed since Defendant filed its answer to Plaintiff's original complaint. *See* Fed. R. Civ. P. 15(a)(1)–(2);

MINUTE ORDER
C20-0535-JCC
PAGE - 1

(Dkt No. 6). The Court did not grant Plaintiff leave to add four individuals as defendants, and it does not appear that Defendant's consented to the addition of those four individuals. Accordingly, Plaintiff violated Federal Rule of Civil Procedure 15 when he added those four individuals to his amended complaint.

Moving forward, the Court will not consider any claims against the individuals named as defendants in Plaintiff's amended complaint. If Plaintiff wishes to amend his complaint to add those individuals as defendants, he must either obtain Defendant's consent or file a motion seeking the Court's leave.

DATED this 15th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk