THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOUSEF M. BILBEISI, | CASE NO. C20-0535-JCC |
| Plaintiff, | ORDER |
| v. | |
| SAFEWAY, | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to strike Plaintiff's unauthorized "joint" and unsigned filing (Dkt. No. 20). On June 10, 2020, the parties held a telephonic discovery conference. (*See* Dkt. No. 21 at 1.) Following the conference, Plaintiff submitted a "Joint Status Report and Discovery Plan" claiming that "[t]he Parties do agree that this matter should be remand[ed] to the king county superior court" and that "[t]he parties do agree on [a] stay [of] discovery and [a] stay [of] all proceedings [p]ending a motion to remand." (Dkt. No. 18 at 1.) These claims are false: Defendant declares that "Plaintiff did not seek or obtain the approval of Defendant prior to submitting the documents to the Court" and that "Defendant does not agree with the statements made by Plaintiff." (Dkt. No. 21 at 2.)

Plaintiff has a duty to be truthful to the Court. His "joint" filing was anything but. The Court therefore GRANTS Defendant's motion (Dkt. No. 20), STRIKES Docket Number 18, and warns Plaintiff that he must be truthful with the Court moving forward.

ORDER
C20-0535-JCC
PAGE - 1

DATED this 27th day of August 2020.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0535-JCC
PAGE - 2